THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.
05 AUG 17 AM 11:12
THOMAS M. GOULD
CLERK US DISTRICT COURT
W.D. OF TN MEMPHIS

GEORGE WILLIAM WOFFORD, )
)  No. 2:04-cv-02732
Plaintiff.                   )  Hon. Diane K. Vescovo
)
v.                           )
)  04-2732-MC
INTERNAL REVENUE SERVICE,    )
)
Defendant.                   )

## ORDER

Having considered the INTERNAL REVENUE SERVICE'S MOTION TO CONTINUE SCHEDULING CONFERENCE, supporting memorandum, any opposition and reply thereto, and the entire record of this proceeding, it is by the Court:

ORDERED that MOTION is GRANTED; and it is further

ORDERED that the August 25, 2005 Scheduling Conference is continued until after a decision on the Internal Revenue Service's Motion to Dismiss or until 22nd day of September, 2005. at 9:30 a.m.

SO ORDERED this 16th day of August 2005.

Diane K. Vescovo
UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02732 was distributed by fax, mail, or direct printing on August 17, 2005 to the parties listed.

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Joshua Smeltzer
US DEPARTMENT OF JUSTICE
P.O. Box 227
Washington, DC 20044

George William Wofford
3333 Poplar Avenue
Memphis, TN 38111

Honorable Jon McCalla
US DISTRICT COURT