IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP -1  PM 4: 55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

GEORGE WOFFORD,                      )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )          No. 04-2732-MlV
                                     )
INTERNAL REVENUE SERVICE,            )
                                     )
            Defendant.               )

---

ORDER

---

On September 1, 2005, the court received a letter from George Wofford, pro se plaintiff.

Plaintiff is cautioned that it is not appropriate for a party to initiate an ex parte communication with a judge or magistrate judge. Local Rule 83.5(a) provides, in pertinent part, as follows: "A copy of all letters sent to a judge shall also be sent to all other counsel involved in the action (or any party acting pro se) and to the Clerk of the Court." Nothing on the face of plaintiff's letter indicates that a copy was sent to defense counsel and to the Clerk. The Clerk is ORDERED to file the letter, and plaintiff is ORDERED to send defense counsel a copy of his letter and to file a certificate of service with the Clerk.

IT IS SO ORDERED this 1st day of September, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  9/2/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 2:04-CV-02732 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Joshua Smeltzer
US DEPARTMENT OF JUSTICE
P.O. Box 227
Washington, DC 20044

George William Wofford
3333 Poplar Avenue
Memphis, TN 38111

Honorable Jon McCalla
US DISTRICT COURT