# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

FILED BY _CG_ D.C.

05 SEP 30 AM 10:41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| GEORGE WILLIAM WOFFORD, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | No: 04-2732 Ml/V |
| Defendant. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Correcting the Docket, Order Granting the Defendant's Motion to Dismiss, and Order Denying a Certificate of Appealability, entered September 30, 2005, this case is DISMISSED.

APPROVED:

_/s/ Jon P. McCalla_
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

Sept. 30, 2005
DATE

THOMAS M. GOULD
Clerk of Court

_/s/ Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet In compliance with Rule 58 and/or 79(a) FRCP on _10-3-05_

20

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:04-CV-02732 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

George William Wofford
3333 Poplar Avenue
Memphis, TN 38111

Joshua Smeltzer
US DEPARTMENT OF JUSTICE
P.O. Box 227
Washington, DC 20044

Honorable Jon McCalla
US DISTRICT COURT